IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANDRE J. TWITTY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 04-793-GPM |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Before the Court is Defendant's motion (Doc. 10) to reconsider the Order which granted Plaintiff's motion to proceed *in forma pauperis (see* Docs. 2, 4). In that motion, Defendant argues that Plaintiff is barred from proceeding *in forma pauperis* by the "three strikes" provision and that Plaintiff is not in imminent danger of serious physical harm. *See* 28 U.S.C. § 1915(g).

**IT IS HEREBY ORDERED** that within **THIRTY (30) DAYS** of the date of entry of this Order, Plaintiff shall **SHOW CAUSE** why the Court should not grant Defendant's motion.

**IT IS FURTHER ORDERED** that if Plaintiff fails to respond to this Order in the time allotted, the Court shall grant Defendant's motion and deny Plaintiff *in forma pauperis* status.

**IT IS SO ORDERED.**

DATED:  12/21/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge